PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:00CR00344-02** |
| ) | |
| **HEMANT KUMAR SOLANKI** ) | |
| ) | |

On December 19, 2003, the above-named was placed on Supervised Release for a period of 36 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Thomas H. Brown

**THOMAS H. BROWN
United States Probation Officer**

Dated:   March 10, 2006
         Roseville, California
         :thb/cd

**REVIEWED BY:**        /s/ Richard A. Ertola
                **RICHARD A. ERTOLA
                Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   SOLANKI, HEMANT KUMAR**
      **Docket Number:   2:00CR00344-02**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that Hemant Kumar Solanki be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| April 3, 2006 | /s/ Frank C. Damrell Jr. |
| **Date** | **FRANK C. DAMRELL, JR.**<br>**United States District Judge** |

:thb/cd
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG